## LATSON v. STATE.  (No. 11211.)

Court of Criminal Appeals of Texas.  Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ☞1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the possession of intoxicating liquor for the purpose of sale, and he appeals.  Affirmed.

Tom Ridgell, of Breckenridge, and Mayo W. Neyland, of Greenville, for appellant.

Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J.  Conviction is for the possession of intoxicating liquor for the purpose of sale; punishment being assessed at one year in the penitentiary.

The record before us contains neither statement of facts nor bills of exception; in such condition nothing is presented to this court for review.

The judgment is affirmed.

---

## LATSON v. STATE.  (No. 11212.)

Court of Criminal Appeals of Texas.  Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ☞1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the unlawful transportation of intoxicating liquor, and he appeals.  Affirmed.

Tom Ridgell, of Breckenridge, and Mayo W. Neyland, of Greenville, for appellant.

Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J.  Conviction is for the unlawful transportation of intoxicating liquor; punishment being fixed at one year in the penitentiary.

The record contains neither a statement of facts nor bills of exceptions; in such condition nothing is presented for review.

The judgment is affirmed.

---

## LATSON v. STATE.  (No. 11213.)

Court of Criminal Appeals of Texas.  Oct. 12, 1927.

Rehearing Denied Nov. 9, 1927.

Criminal law ☞1090(1)—Appeal from conviction without statement of facts or bill of exceptions presents nothing for review.

On appeal from conviction in criminal case, where there is neither statement of facts nor bill of exceptions, nothing is presented to the Court of Criminal Appeals for review.

Appeal from District Court, Hunt County; Grover Sellers, Judge.

Felix Latson was convicted of the possession of intoxicating liquor for the purpose of sale, and he appeals.  Affirmed.

Tom Ridgell, of Breckenridge, and Mayo W. Neyland, of Greenville, for appellant.

Sam D. Stinson, State's Atty., of Austin, for the State.

HAWKINS, J.  Conviction is for the possession of intoxicating liquor for the purpose of sale; punishment being one year in the penitentiary.

The record comes to this court without statement of facts of bills of exception; in such condition nothing is presented for review.

The judgment is affirmed.